Dated: January 8, 2007

1  ANDREW VALENTINE, Bar No. 162094
   andrew.valentine@dlapiper.com
2  WILLIAM G. GOLDMAN, Bar No. 203630
   bill.goldman@dlapiper.com
3  MARC C. BELLOLI, Bar No. 244290
   marc.belloli@dlapiper.com
4  DLA PIPER US LLP
   2000 University Avenue
5  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
6  Fax: 650.833.2001

7  Attorneys for Defendant
   Trident Microsystems, Inc.
8

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 MIPS TECHNOLOGIES, INC., a           CASE NO. C06-07377 MMC
   Delaware Corporation,
14                                      **STIPULATION TO EXTEND TIME FOR
              Plaintiff,                DEFENDANT TRIDENT MICROSYSTEMS,**
15                                      **INC. TO RESPOND TO COMPLAINT**
       v.
16
   TRIDENT MICROSYSTEMS, INC., a
17 Delaware Corporation,

18            Defendant.

19

20     Plaintiff MIPS Technologies, Inc. ("MIPS") and Defendant Trident Microsystems, Inc.

21 ("Trident"), by and through their respective counsel, stipulate as follows:

22     WHEREAS, the Complaint in this action as filed by MIPS on December 1, 2005; and,

23     WHEREAS, Civil L.R. 6-1 provides, in pertinent part, that the "[p]arties may stipulate in

24 writing, without a Court order, to extend the time within which to answer or otherwise respond to

25 the complaint . . . provided the change will not alter the date of any event or any deadline already

26 fixed by Court order;" and,

27     WHEREAS, this Stipulation will not alter the date of any event or deadline already fixed

28 by the Court;

DLA PIPER US LLP
EAST PALO ALTO
PA\10486170.1
348162-28
-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT TRIDENT MICROSYSTEMS,
INC. TO RESPOND TO COMPLAINT

NOW, THEREFORE, Trident and MIPS, through their respective counsel, hereby agree and stipulate that Trident shall have to and until January 22, 2007, to file its response to the Complaint.

**IT IS SO STIPULATED.**

Dated: January 5, 2007

DLA PIPER US LLP

By _____
ANDREW VALENTINE
WILLIAM G. GOLDMAN
MARC C. BELLOLI
Attorneys for Defendant
Trident Microsystems, Inc.

Dated: January 8, 2007

LATHAM WATKINS LLP

By _____
DAVID A. NELSON
Attorneys for Plaintiff
MIPS Technologies, Inc.