| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Mark A. Flagel (Bar No. 110635)<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>   David A. Nelson, (of counsel; *pro hac vice*)<br>   Kevin C. May, (of counsel; *pro hac vice*)<br>5800 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 876-7716<br>Facsimile (312) 993-9767<br><br>LATHAM & WATKINS LLP<br>   Jarod J. Buna (Bar No. 233366)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br><br>Attorneys for Plaintiff<br>MIPS TECHNOLOGIES, Inc. | MARK D. FOWLER (Bar No. 124235)<br>Mark.fowler@dlapiper.com<br>ANDREW VALENTINE (Bar No. 162094)<br>Andrew.valentine@dlapiper.com<br>WILLIAM GOLDMAN (Bar No. 203260)<br>Bill.goldman@dlapiper.com<br>SAL LIM (Bar No. 211836)<br>Sal.lim@dlapiper.com<br>MARC C. BELLOLI (Bar No. 244290)<br>Marc.belloli@dlapiper.com<br><br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94304-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant/Counterclaimant<br>TRIDENT MICROSYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIPS TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TRIDENT MICROSYSTEMS, INC.,<br><br>        Defendant. | CASE NO. C06-07377 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL**<br><br>The Honorable Maxine M. Chesney |

      PLEASE TAKE NOTICE that Plaintiff MIPS Technologies, Inc. and Defendant Trident Microsystems, Inc., through their respective undersigned counsel, hereby represent that they have settled the instant action pursuant to the terms of their April 1, 2007 Settlement Agreement and, therefore, stipulate to the dismissal with prejudice of this action in its entirety, including all claims and counterclaims, pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil

1 | Procedure. Each party shall bear its own costs and attorneys' fees associated with this action.

2 | **IT IS SO STIPULATED.**

3 | DATED: April 3, 2007          **LATHAM & WATKINS LLP**

6 | By _____
    Mark A. Flagel
    David A. Nelson
    Kevin C. May
    Jarod J. Buna
    Attorneys for Plaintiff
    MIPS TECHNOLOGIES, Inc.

10 | DATED: April 3, 2007          **DLA PIPER US LLP**

12 | By _____
    Mark D. Fowler
    Andrew Valentine
    William G. Goldman
    Sal Lim
    Marc C. Belloli
    Attorneys for Defendant
    TRIDENT MICROSYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20 | DATED: April 5, 2007          _____
    Honorable Maxine M. Chesney
    United States District Judge